UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BILLY HAMMOND and ANN HAMMOND,

    Plaintiff,                                    Case No. 2:17-cv-10685

v.                                                      HONORABLE STEPHEN J. MURPHY, III

PARTNERS FOR PAYMENT RELIEF
DE II, LLC,

    Defendant.
_____/

## **JUDGMENT**

**IT IS ORDERED AND ADJUDGED** that pursuant to the Court's order dated November 29, 2017, the Plaintiffs' federal claim is **DISMISSED WITHOUT PREJUDICE**.

The Clerk of Court is **ORDERED** to **REMAND** the Plaintiffs' state claim to the Circuit Court for the 24th Judicial Circuit, County of Sanilac, State of Michigan.

                                                     DAVID J. WEAVER
                                                       CLERK OF THE COURT

                                                       BY: s/D. Parker
                                                       Deputy Clerk

APPROVED:

s/Stephen J. Murphy, III
STEPHEN J. MURPHY, III
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 29, 2017, by electronic and/or ordinary mail.

s/David P. Parker
Case Manager